# United States District Court
# For The Western District of North Carolina
# Asheville Division

LEON M. AGER,

        Petitioner,                                  JUDGMENT IN A CIVIL CASE

vs.                                                  1:04cv75-03-MU

CORDELIA CLARK,

        Respondents.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 17, 2006 Order.

July 17, 2006                                  FRANK G. JOHNS, CLERK

                                                          s/Elizabeth J. Barton
                                    BY: _____
                                                  Elizabeth Barton, Deputy Clerk